IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No.

IN RE:

ALL FUNDS HELD IN EAST WEST BANK ACCOUNT #175017711, HELD IN THE NAME OF HOA T. TRAN

**UNITED STATES' MOTION FOR EXTENSION
OF TIME TO FILE COMPLAINT FOR FORFEITURE**

The United States of America (the United States) moves the Court to extend the time in which the United States is required to file a civil forfeiture complaint, pursuant to 18 U.S.C. § 983(a)(3)(A), for good cause and with agreement of the parties, from May 28, 2020 to June 28, 2020. The property subject to potential forfeiture is all funds held in East West Bank Account #175017711, held in the name of Hoa T. Tran, valued at $450,084.93 in United States Currency, seized from East West Bank in Boston, Massachusetts on August 16, 2019.

In support of this Motion, the United States represents to the Court as follows:

1. The subject property was seized as proceeds traceable to the cultivation and distribution of marijuana, and property involved in money laundering.

2. The Drug Enforcement Administration (DEA) initiated administrative forfeiture proceedings against the seized property, and an administrative claim was filed on March 4, 2020 by Viet Nguyen, through counsel Keith Nicholson, for the subject property.

3. The United States and Keith Nicholson, counsel for Viet Nguyen, have initiated settlement discussions, and as such have agreed upon a thirty-day extension for the filing of a civil forfeiture complaint.

4. Under 18 U.S.C. § 983(a)(3)(A), unless the time is extended by the Court for good cause, or upon agreement of the parties, the United States is required to file a civil complaint for forfeiture against the subject property or obtain an indictment alleging that the property is subject to forfeiture no later than May 28, 2020.  If the United States fails to do so, it is required to release the property and may not take any further action to effect the civil forfeiture of the property in connection with the underlying offenses.

WHEREFORE, as the parties have agreed to a thirty-day extension, the United States respectfully moves this Court to extend the period within which the United States is required to file a forfeiture action against the subject assets until June 28, 2020.

DATED this 26th day of May 2020.

                                        Respectfully submitted,

                                        JASON R. DUNN
                                        United States Attorney

By:    s/ Tonya S. Andrews
        Tonya S. Andrews
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, CO 80202
        Phone: (303) 454-0100
        Email: tonya.andrews@usdoj.gov
        *Attorney for the United States*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of May 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I have emailed the same to the following:

Keith Nicholson
Law Office of Keith J. Nicholson
kjnlaw@gmail.com
308 Victory Road, 3rd Floor
Quincy, MA 02171

                                          s/ Jasmine Zachariah
                                          FSA Data Analyst
                                          Office of the U.S. Attorney